DSS:ZA/HLJ
F.#2011R01655

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

LAWAL OLANIYI BABAFEMI,
   also known as "Abdullah"
   and "Ayatollah Mustapha,"

           Defendant.

I N D I C T M E N T

Cr. No. **109**

(T. 18, U.S.C., §§
924(c)(1)(A)(ii),
924(c)(1)(A)(iii),
924(c)(1)(B)(ii),
924(o), 2339B(a)(1),
2339B(d), 2
and 3551 et seq.)

- - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Provide Material Support
to a Foreign Terrorist Organization)

      In or about and between January 2010 and August 2011,

both dates being approximate and inclusive, within the

extraterritorial jurisdiction of the United States, the defendant

LAWAL OLANIYI BABAFEMI, also known as "Abdullah" and "Ayatollah

Mustapha," together with others, did knowingly and intentionally

conspire to provide material support and resources, as defined in

Title 18, United States Code, Section 2339A(b), including

services and personnel, including himself, to a foreign terrorist

organization, to wit: al-Qaeda in the Arabian Peninsula.

      (Title 18, United States Code, Sections 2339B(a)(1),

2339B(d) and 3551 et seq.)

COUNT TWO
(Provision and Attempted Provision of Material
Support to a Foreign Terrorist Organization)

In or about and between January 2010 and August 2011, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant LAWAL OLANIYI BABAFEMI, also known as "Abdullah" and "Ayatollah Mustapha," together with others, did knowingly and intentionally provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services and personnel, including himself, to a foreign terrorist organization, to wit: al-Qaeda in the Arabian Peninsula.

(Title 18, United States Code, Sections 2339B(a)(1), 2339B(d), 2 and 3551 et seq.)

COUNT THREE
(Use of Firearms)

In or about and between January 2011 and July 2011, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant LAWAL OLANIYI BABAFEMI, also known as "Abdullah" and "Ayatollah Mustapha," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, one or more

of which firearms was brandished, one or more of which firearms
was discharged, and one or more of which firearms was a
machinegun.

(Title 18, United States Code, Sections
924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(c)(1)(B)(ii), 2 and 3551
et seq.)

COUNT FOUR
(Conspiracy to Use Firearms)

In or about and between January 2011 and July 2011,
both dates being approximate and inclusive, within the
extraterritorial jurisdiction of the United States, the defendant
LAWAL OLANIYI BABAFEMI, also known as "Abdullah" and "Ayatollah
Mustapha," together with others, did knowingly and intentionally
conspire to use and carry one or more firearms during and in
relation to one or more crimes of violence, to wit: the crimes
charged in Counts One and Two, and did knowingly and
intentionally conspire to possess said firearms in furtherance of
such crimes of violence, one or more of which firearms was a

4

machinegun, contrary to Title 18, United States Code, Section

924(c).

(Title 18, United States Code, Sections 924(o) and 3551

et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2009R00381

FORM DBD-34

JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

LAWAL OLANIYI BABAFEMI, also known as "Abdullah"
and "Ayatollah Mustapha"

Defendant.

## INDICTMENT

( T.18, U.S.C.,  §§ 2339B(a)(1), 2339B(d), 924(c), 924(o), 2 and 3551 et seq.)

*A true bill,*

_____

_Foreman_

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

_____

***Zainab Ahmad, Assistant U.S. Attorney (718) 254-6522***