AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>LAWAL OLANIYI BABAFEMI, also known as "Abdullah" and "Ayatollah Mustapha"<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. CR 13 - 109<br><br>GLEESON, J. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LAWAL OLANIYI BABAFEMI, also known as "Abdullah" and "Ayatollah Mustapha"          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18 U.S.C. 2339B(a)(1) and 18 U.S.C. 2339B(d); Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization, in violation of 18 U.S.C. 2339B(a)(1) and 18 U.S.C. 2339B(d); Use of Firearms, in violation of 18 U.S.C. 924(c) and Conspiracy to Use Firearms, in violation of 18 U.S.C. 924(o).

Date: February 21, 2013

*Issuing officer's signature*

City and state:   Brooklyn, NY

The Hon. Viktor V. Pohorelsky, USMJ
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |