<u>Criminal Calendar</u> — Arraignment & Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: 9/27/2013                                   Time: 11:00 Am — 11:40 Am.

DOCKET NUMBER: 13CR109    CASE NAME: USA v. Babafemi

DEFENDANT'S NAME: Lawal Olaniyi Babafemi
✓ Present   ___ Not Present   ✓ In Custody   ___ Bail

DEFENSE COUNSEL: Lisa Hoyes
William
✓ Legal Aid   ___ CJA   ___ Retained

AUSA: Zainab Ahmad                  Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Mary Agnes Drury

✓ Case called for:          PreTrial Services: Ivettelis Perez.

___ Arraignment:

___ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.
    (Waives a public hearing.)
___ Defendant informed of rights.

✓ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT  Start 9/27/13  Stop 10/30/13.

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

✓ Order of Detention pending trial entered.

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties are beginning discovery and negotiations.
- The Court has designated this case as complex for speedy trial purposes.
- The next Status Conference is set for October 30, 2013 at 11:30 Am.