# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LAWAL OLANIYI BABAFEMI, also known as "Abdullah" and "Ayatollah Mustapha" | ) ) ) ) ) | Case No. CR 13 - 109 GLEESON, J. |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LAWAL OLANIYI BABAFEMI, also known as "Abdullah" and "Ayatollah Mustapha",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18 U.S.C. 2339B(a)(1) and 18 U.S.C. 2339B(d); Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization, in violation of 18 U.S.C. 2339B(a)(1) and 18 U.S.C. 2339B(d); Use of Firearms, in violation of 18 U.S.C. 924(c) and Conspiracy to Use Firearms, in violation of 18 U.S.C. 924(o).

Date: February 21, 2013

s/Viktor Pohorelsky
*Issuing officer's signature*

City and state:   Brooklyn, NY

The Hon. Viktor V. Pohorelsky, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 9/27/13, and the person was arrested on *(date)* 09/26/2013
at *(city and state)* Abuja, Nigeria.

Date: 9/27/13

*Arresting officer's signature*

Sussana Ijazi
*Printed name and title*

K. Dikuyo
9/27/13