# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

July 13, 2015

**Via ECF**
Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States v. Lawal Babafemi**
**13 CR 109 (JG)**

Dear Judge Gleeson:

Earlier today I submitted a classified letter to be filed by Department of Justice Security Specialist, Harry Rucker.

Respectfully submitted,

Lisa Hoyes, Esq.
Assistant Federal Defenders
(718) 330-1253

cc: Zainab Ahmad, AUSA
Hilary Jager, AUSA