E.D.N.Y. – Bklyn
13-cr-109
Gleeson, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4ᵗʰ day of June, two thousand twenty.

Present:

> Richard J. Sullivan,
> Michael H. Park,
> William J. Nardini,
> *Circuit Judges*.

Lawal Olaniyi Babafemi, AKA Abdullah, AKA Ayatollah Mustapha,

*Petitioner*,

v.                                                    20-1477

United States of America,

*Respondent*.

Petitioner moves for leave to file a successive 28 U.S.C. § 2255 motion.   Upon due consideration, it is hereby ORDERED that the motion is DENIED as unnecessary.   The proposed § 2255 motion would not be successive because Petitioner has not filed a prior § 2255 motion.   *See Hom Sui Ching v. United States*, 298 F.3d 174, 177 (2d Cir. 2002) ("[F]or a petition to be second or successive within the meaning of [AEDPA], it must at a minimum be filed subsequent to the conclusion of a proceeding that counts as the first." (internal quotation marks omitted)).

It is further ORDERED that the case is TRANSFERRED to the district court for "whatever further action the district court finds appropriate."   *Whab v. United States*, 408 F.3d 116, 119 (2d Cir. 2005); 28 U.S.C. § 1631.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*          *Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 06/04/2020