

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SME
F. #2020V01001

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 2, 2021

By ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Lawal Babafemi
      Criminal Docket No. 13-109 (MKB)

Dear Judge Brodie:

  The government writes to respectfully request a one-week adjournment of the date to file its response to the defendant's 2255 petition and compassionate release application in the above-referenced case, currently due February 10, 2021. The government respectfully requests a new response date of February 17, 2021. Counsel for the defendant has informed the government that he consents to the proposed adjournment.

            Respectfully submitted,
            SETH D. DuCHARME
            Acting United States Attorney

       By:  /s/ Sarah M. Evans
          Sarah M. Evans
          Assistant U.S. Attorneys
          (718) 254-6490

Cc: Defense counsel (by ECF)