U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SME
F. #2020V01001

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2021

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Lawal Babafemi
               Docket No. 13-CR-109 (BMC)

Dear Judge Cogan:

On March 1, 2021, the Court docketed an order in the above-referenced matter directing former defense counsel Lisa Hoyes to file a declaration or affidavit responding to petitioner's December 17, 2020 affidavit. The Court ordered the government to serve a copy of that order on Ms. Hoyes by email and to file proof of such service. The same day, the government emailed Ms. Hoyes a copy of that order, and Ms. Hoyes acknowledged receipt. The government's email to Ms. Hoyes is attached hereto as Exhibit A.

The government respectfully submits this letter and Exhibit A as proof of service, as directed by the Court.

                                 Respectfully submitted,

                                 SETH D. DUCHARME
                               Acting United States Attorney

        By:    /s/
                     Sarah M. Evans
                     Assistant U.S. Attorney
                   (718) 254-6490

cc:    Matthew Galluzzo, Esq. (by ECF)