| From: | Evans, Sarah (USANYE) |
|---|---|
| To: | |
| Subject: | Lawal Babafemi - Order from Judge Cogan |
| Date: | Monday, March 1, 2021 11:25:00 AM |

Dear Ms. Hoyes,

Please see the below order from Judge Brian M. Cogan, regarding an affidavit to be filed by March 15, 2021 in connection with a 2255 petition filed by Lawal Babafemi. Please confirm receipt of this email.

I am available to discuss the matter should you have any questions.

Thanks very much,

Sarah Evans
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

---

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Monday, March 1, 2021 10:44 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:13-cr-00109-BMC USA v. Babafemi Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 3/1/2021 at 10:44 AM EST and filed on 3/1/2021

**Case Name:** USA v. Babafemi
**Case Number:** 1:13-cr-00109-BMC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER re [78] as to Lawal Olaniyi Babafemi. The Court finds that because defendant seeks relief under 28 U.S.C. § 2255 based on ineffective assistance of counsel, he has waived attorney/client privilege with his attorney, Lisa Hoyes, formerly of the Federal Public Defenders, with regard to his communications with her referenced in his affidavit of 12/17/20. [78-1] Attorney Hoyes is therefore ORDERED to either: (1) file a declaration or affidavit by 3/15/21 in which she responds in as much detail as possible to the statements in petitioner's affidavit addressing her representation; or (2) advise the Court that she declines to file an affidavit, in which case the Court will convene a hearing and obtain her testimony that way. Should she select to submit an affidavit, then the Court, upon review of the affidavit, will determine whether it is necessary to hold a hearing at which Attorney Hoyes would testify. The United States Attorney is directed to serve a copy of this Order on Attorney Hoyes by email, fax, or regular mail to her current business address, and to file proof of such service. Ordered by Judge Brian M. Cogan on 2/25/2021. (Clarke, Melonie)**

**1:13-cr-00109-BMC-1 Notice has been electronically mailed to:**



**1:13-cr-00109-BMC-1 Notice will not be electronically mailed to:**