**ORIGINAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 19 2021 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------

Lawal Babafemi,
  Petitioner

v.

United States of America,
  Respondent

Case No. 13-CR-00109(MKB)
------------------------------------------------

RECEIVED
APR 19 2021
PRO SE OFFICE



*Rec. in p drive 4/20/21 rg

UNSWORN AFFIDAVIT IN SUPPORT OF
TITLE 28, UNITED STATES CODE,
SECTION 2255

The Petitioner, Lawal Babafemi, submits an additional unsworn affidavit in support of his 28 USC 2255 motion, pursuant to

Rule 7. In further support herein, Rule 7 of Section 2255 provides:

> (A) if the petition is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the petition. The judge may require that these materials be authenticated. (b)...Affidavits may also be submitted and considered as part of the record...

I, Lawal Babafemi, being of sound mind and body voluntarily declare that the statements made herein are true and correct to the best of my knowledge:

That, I did not travel to Yemen to join or train with al Qaeda, rather, I arrived in Yemen as a consequence of the route that I

traveled to Saudi Arabia, where I planned to seek legitimate employment.

That, I had neither previous nor current knowledge, at the time when I associated with those men in Yemen that they were

neither a designated foreign terrorist organization or that they were engaged in terrorist activities or terrorism.

That, I did not join al Qaeda, in the sense of becoming a member.

That, I did not train neither physically nor with weapons when I was in Yemen.

That, I did not take an oath of allegiance to al Qaeda in the Arabian Peninsula.

That, I am Muslim and my oath of allegiance is to Allah alone, meaning that, as a Muslim, if I would take any additional

oaths, it would nullify my belief in Allah, and all my living and my dying is for Allah alone.

That, I studied Quran and discussed Quranic principles, including Jihad, while I was in Yemen.

That, I did not become very close with Samir Khan, and I did not contribute neither writing and editing assistance to Inspire

/

nor did I write English rap lyrics about jihad for Inspire.

That, I arrived in Yemen and began seeking legitimate employment to earn money to continue my trip to Saudi Arabia.

That, I never fought with al Qaeda when I was in Yemen.

That, I did not consult extensively with Anwar al Awlaki, however, I did speak with him briefly, on two occasions.

That, I was deported back to Nigeria, and I had no intention of returning to Nigeria, if I had not been deported from Saudi Arabia.

That, I trusted the advice of my attorney so I followed that advice even when I didn't fully understand what I was agreeing to.

That, I speak English, but my English is not fully developed. Therefore, there are times when I misunderstand certain English words and English word usage in certain contexts. I have a slight language barrier when communicating with English-speaking people.

That, I did discuss the plea agreement with my attorney, Lisa Hoyes. However, Lisa Hoyes, provided me with the plea agreement and several other documents to sign while I was in a holding cell, next to the courtroom, about an hour before the change of plea hearing was held on April 29, 2014.

That, the "Notice of Intent to Request Judicial Removal;" "Factual Allegations In Support of Judicial Removal;" "Order of Judicial Removal;" "Defendant's Plea Statement in Support of Judicial Removal;" and "Concurrence of United States Immigration and Customs Enforcement;" were all dated April 28, 2014. None of these documents were neither presented to me nor discussed with me before they were included with plea agreement and handed to me by my attorney on April 29, 2014.

That, particularly, the document titled "Defendant's Plea Statement in Support of Judicial Removal," required my signature. And that, against my best interest, Lisa Hoyes attempted to get me to sign that document, stipulating, that, I denied the severe torture that I went through at the hands of the Nigerian State Security Service. See "Defendant's Plea Statement in Support of Judicial Removal" at Paragraph 8. Exhibit A.-1

That, Paragraph 8 of the Defendant's Plea Statement in Support of Judicial Removal was redacted and I signed that document as advised by my attorney.

That, I didn't have time to discuss the legal consequences of those documents with my attorney.

That, I originally drafted a "Letter of Declaration," in which I intended to submit to the Court, explaining my knowledge and intention surrounding the circumstances of my case. See "Letter of Declaration;" Exhibit B.

That, my attorney rejected my "Letter of Declaration," and instructed me to submit a letter based on specific points, she had written, for me to follow.

That, subsequently, my attorney, made changes to each letter that I drafted. See Exhibit B-1 (Lisa Hoyes handwriting on typed document).

That, in the end, after my attorney had guided me with what to write, I submitted the final draft to the Court. See Exhibit C.

That, my attorney advised me to accept guilt at the plea hearing or the judge would not accept the plea. In essence, I was advised by my attorney, and given a factual allocution, drafted by my attorney and I parroted (repeated) what she provided for me at the Change of Plea Hearing. See Exhibit D.

That, I, Lawal Babafemi, sign this additional unsworn affidavit under penalty of perjury on this **12** day of April, 2021.

/s/
Lawal Babafemi
USM #
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

Certificate of Service

------------------------------------

The undersigned hereby certifies that a true and correct copy of this forgoing document was mailed

to the clerk of the United States District Court of the Eastern District of New York (as Agent) to be

served upon all interested parties via this Court's ECF system, on this __12__ day of April, 2021.

/s/ _____

Lawal Babafemi
USM #
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

# EXHIBIT A

Date: 15/11/2011

#1-Page

I, Lawal Olaniyi Babafemi, born in In Odinjo Ibadan, Oyo State. I grew up in ____Ode, Ogu in state. I attended our Sayiour Angilican Primary School I___Ode, ___Stete. I also attended Adeola Odutola College, I___Bu-Ode, Ognn State.  As my secondary school I attended Lagos State University (LASU) from the year 2001 to 2005. Due to some departmental problems I was unable to continue with my education so I dropped out of ___.

#2-Page

I started the farming business which was based on Fishery, this was by the year 2006 to 2008. This was with help of my brother Lamal  Ahmed Adekimle, who supported financial __. Unfortunately for me __ two months before the time of  harvest__ I had mortality rate of more than two thousand of the fish, this ended me up being short, I was unable to realize the _____capital which  I used in starting the business. My brother got angry over this and left me to be on my own for some time.  During this first period of my farm___, I got married this was year 2007.  After the first harvest things were very difficult for me I mean a very strange financial constraint.  Year 2007 towards the ending around September, my same brother gave me an other money to [rede] restart the business, I started the business all over again to my greatest surprise the same problem happened many of the fishes died and I ran short again, due to this my brother withdrew totally from supporting me. At this time my wife was pregnant. At this time condition of things was very difficult more than the first time. Towards the end of 2008 I started riding KEKE NAPFP_____?

#3-Page

I started thinking of traveling out of the country; I tried to travel to England? …by the Year 2006 and I was refused visa due to the reason that I did not demonstrate my financial capabilities in taking care of my self if I get to England. So at the end of 2008 I tried to travel again to Pakistan to study in a University called Islamic University Islam__in Pakistan.  I started the processing but due to lack of funds I dumped this process and I continued with my KEKE NAPEP . One day I was on my way to _____from ___Ode, ___State.  I met somebody in the vehicle he was discussion about one University in Sudan named_____[University of Africa]. I developed interest in this university. Due to _____ that the ____Informed me that foreign students pays nothing before the enrollment and even after the enrollment that it was even the University that would be ____ the students pocket –money, feedings, clothing and shelter___.  After I returned back to ___ode, we the KEKE NAPEP drivers have one place we will all park at around 12 p.m. to something 2 p.m. so I discussed this with one of my co –riders who happened to be more knowledgeable than me in terms of the Arab countries, the name of the person was A Aroqunyo ?.

#4-Page

That was how I told the man that he should let us plan toward going . It would be very difficult to go by plane due to the financial problem of the both of us then we decided going by road.

Since he could speak Arabic fluently. I started saving money at the time  the pregnancy of my wife around 7 months so it was extremely difficult for me to save one penny, the way I was living was from ____to mouth.  At January 2009 my same brother gave me ___240,000 to use this to start up any business of my choice then I thought of which business to start up with this money, I have done ___bussinesses with the money that (what) was larger than this before 2 weeks I have spent more than __50,000 from the money so I ended up ___ remaining money since _____?  Said if I am studying in the school I can have access to work opportunity.  I discussed with Aroqunyo(sp?) he was able to raised sum of amount since he owned KEKE of his own which he bought installment ally.  He left Nigeria at early February 2009. We bought a map to trace the road to Sudan.  He told me already that people (use) to go by road to Sudan that he heard this a long time ago. We proceeded to Nigerian Camer?_____ boarder at Gamboro Gala.  Both when we crossed to Cameron (sp) we discovered that the map would be of no use the transport  that was around was taking people to _____-.

#5-Page

Since most of these people wer going to Sudan and the majority of them were Ha_sa people from Nigeria we dropped the mad and continued following this people through Cameroun to ____ to Sudan. When we entered sudan we got to a place called _____ in Sudan we were unable to process from this place because we (left) _____that there was a ____was going on in this place. I mean from that place to proceed to the Capitla of Sudan. _____ we starved there for about  2 weeks at the Zango of the Ha_sa. People from Nigeria. This Ha_sa people  have Zanqo at every stop over right from G___ Gala in Nigeria to Sudan up to the exteme of Sudan ____ was (  Sudan  ) Part Sudan. Before I left home, I told everbody that I was going to Pakinstan to study because I already told everybody that I would _____to Pakinstan this was when I was processing the visa for Pakistan. So when I left nobody knew I was going to Sudan. At the Zanqo in Fashir, Sudan we met one Hausa man who was residing there he gave us the name of one Yorbba brother in University of Africa, Khatbourne. Eventually we proceeded to Khartown and to the University we met the person with the name  Ib rabz___ O____de. We stayed in this University for more than 10 months we were on able to secure__.

#6-Page

By this time we were sleeping inside the school mosque.  Back home things were very difficult for my wife since she had put to bed and I was unable to work nor schoolings. And it was too shame felt for me to go back home with nothing and I also discovered that Sudanin on under developed country so it was very difficult for me.  At ____,200) on Sudan at the University Mosque, Somebody came from Nigeria his name I canot remember,  I heard from the Yoruba student on that school therehe  was going to Saudi Arabia that  his money got finished in Kt___toun at Zango so he was directed to the University and he was told from the Zanqo that the student in that Campus know. I to get money from Nigeria____ Western  Union was not working out of Nigeria so the students have their ways of getting money from home. Having been told this I  contacted (that) the man and asked him how it was possible  for him to get to  Saudi Arabia by crossing through the sea so he many people travel____that to Saudi through_____ in Port- Sudan. I could not believe this so I ask him to give me his brothers number in Saudi I wanted to go and _____-----.

#7-Page

(Whether)————} All ___ stay in the school I was selling (———————) recharged card and Ar____ too was the same. So I discussed this issue to Aroqungo__ngo and I told him if this man can be able to travel to ____ safetly I will try to follow the same way, the man said there were many jobs in Saudi that he was there once that he was deported so whtn I imformed Aroqungo of this he told me he would not be going to Saudi that he really needed to study and develop his Ariabic. He told me he would prefer to go to a University in Yemen since the man said the (but)(bac) boat that will take people will go straight to Yemen and not directly to Saudi and from Yemen to Saudi. After about a month we called the number of that mans brother in Saudi and his brother inform us that he came to Saudi that he made it to Saudi _____ he was captured by the immigration of Saudi and he was deported so he knew it was true. Then have the plan to move to Saudi and Aroqungo had the plan to move to Yemen to study in a Unversity. Called Jam____ Iman Iman University. After a while we proceeded to Port sudan we located the agents on Agaras__ Port-Sudan that was how we came to Yemen _____

Page 8

We were told by the man that informed us about the way to cross that the money that I will pay in Port Sudan will be the one to (th) take me to the destination in San-____ at Jedda but the information was wronged When we got to Yemen we discovered we still needed to pay another money to Saudi and ____ go too. We stayed in the Yemeni agents inside Yemen at a village where many Nigerians and many people from different parts of Africa were crossing to (Sad) Saudi We stayed in the (hoo) house for 3 days without doing anything ___ so the agents told us to go out and find work to do because many ___ people were cutting nails and some other hard labour so we went (ab) out somebody of (of) the Yemen people directed us to a farm owned by one Yemen man called Abu Abdallah. We went with this man for about 2 weeks. One day we followed the man to the market very far from the village after he harvest his (crops) farm while we were coming back me and ___ sat at the back of (their) the man pick up truck, we met a check-point and the police asked about our passport, we had passport but no visa in it, We were taking a town called ___ inside Yemen, we were imprissened for one month (after) this was

Page 9

We were deported back to Nigeria at 25th of March 2010. After we got back to the country Arogunjo went on his way not back to Ijebi -Ode ___ State but where I can say that was the last time I saw Arogunjo Abdul Rafeei last. In continued to Ijebi-Ode *[LS note: spelling?]* to meet my family When I got home I did not inform my family because that would be too bad for me so I told my family I left Pakistan to Yemen that we were many that left due to the problems in Pakistan. So I continued with my life and my wife had a baby, a year old baby. Quickly, I look for a (a) KEKE NAPEP fortunately somebody wanted to sell his own so I bought it and (br) payed him instalmentally I continued with this work, my family was taking care of my wife while away thinking I was studying abroad but when I came back they left me to take care of my responsibilities. I continued like this for 6 months plus, then I started thinking of how to cope

my wife got me grant for the second baby the first child would be entering school soon.  My brother the first son for my mother (to) with the name Tunde Ropoola , he was in England he heard about my condition so he gave me $50,000 to use __ for anything so __ ___got this mony I thought of returing back and try to enter Saudi Arabia since I can find a job and I can send

Page 10

And gather enough money I would return back to Nigeria.  Secondly I know the cause for the first (Jen) journey the reason why I didn't make to Saudi was because of the inadequate of money so I stared working extra hard to get more money to (had) add to the money my brother gave me, I mean, the $50,000.  Before I came back from Yemen, my friend (lookin) Luqman Babatunde which we went to the same University together (Lagos State University).  He came to for one wedding ceremony in my town Ijebi-Ode, He saw somebody which went to the same University together also, his name is Habeeb Bello.  Luqman asked Habeeb of my house he got the address of my house and he went there and so my wife so my wife told him I have travel to Pakistan to study so while he was leaving his gave my wife money and after that conciquently he would send money to my wife.  After I come back my wife told me about this so I got his number from my wife and I would go to Lagos to visit Luqman, we would (dis) (cussed) __ and sometimes I would call him on phone When I had the plan of leaving to Saudi Arabia the second time I told him about it and I told I would be traveling by road so I told him he could call me while I am on my way up to Sudan with a Nigerian ____ network so I __ one I gave the number and I

Page 11

By 2010 late November I left again But before leaving Luqman told me about his Imam (Imam) There was a time I called Luqman the I was hearing the sound of a loud speaker underneat so I ask him where was he so he said he was at the mosque, When I saw the next time I ask him what they were doing at the (th) mosque so he told me about the Imam (having) (lecter) having lecture at the mosque.  He told me that the Imam used to be very vibrant way back in his university level he said he was the Amir while (in) he was at the University.  This was how I new about his Imam.  I left again late November, 2010.  Before leaving I forgot the way to Sudan. When I was away the first time to Saudi that I was arrested in Yemen, Ibrahim Olognde *[LS note: spelling?]* use to call my wife in Nigeria from Sudan to ask about me that he didn't hear anything from me  So, by the time I was deported by from Yemen to Nigeria my wife told me about him (Ibrahim) When I was about to leave the second time I called the number Ibrahim was using to call my wife and asked Ibrahim to help me get discription of the road to Sudan from anybody Sudan among the student he (got) ask somebody call Abdul Lateef in Sudan also a student he sent the discription to ____ e-mail address then I proceeded ___ second journey to

Page 12

From Cameran to Tehad from Tehad to Sudan (from) went throught Khartoum, I visited the University of Africa (Jamia Afrikiya) the second time and left to port-Sudan to locate the agents from Port-Sudan I left to Yemen by the agents boat with many people on board going to Saudi

Arabia. We got to Yemen after I got to Yemen late December 2010, at the agents house at the village not the same village with the first one but, unfortunately the money I had with me would not be able to cross me to Saudi, I had R2000 (Saudi Riyal) me and the money to cross to Saudi was R3500, this money would be the to cross me to Saudi and take me to (Ga) Garentine in Jedda Saudi where (the) many Nigeria are situated. So after I saw this I asked some of the Yemenis to take to Abu Abdullahi's farm after some time we located the place By the time I got there I saw somebody there in the farm with him (Abu Abdullahi) named Yahya. Yahya was the younger brother to Abu Abdullahi, he used to speak very good (he) English with Arab acent in his home. In a very short period of time we became used to each other because it was very difficult to see anybody speaking English that area and I too was unable to speak Arabic ecept very little. I stayed in Abu Abdullahi's

Page 13

During the time of my stay in Abu Abdullahi's houseme and his brother Yahya would chat and asked him where was he when I came the first time that I came he said he was at (school) school in Dammay, Seada, in Yemen I told him I heard about the place so he told me more about the place (school), he said its not far from Abu Abdullahi's house that we would go there one day together. Yahya would not allow me to work in the farm and would give me money that if I needed to buy anything and would only keep the money because whenever I needed to buy anything he would be the one to buy it. On the fifth day of my stay in Abu Abdullahi's house me and Yahya went to the school (Dammay) When we got there I became impressed by the school so I told him I would stay he for sometime and develop my Arabic before proceeding to Saudi so we went back and carried my sack. Before I got to Abu Abdullahi's house at the (aget) agent's house, the agents collected my phone, my bag, and the picked anything useful to them in my bag with the little change that I had apart from the R2000 that I was having I kept it very well so they did not see it. At the Morkaz (Dammay) I stayed in the school for (more than) (three months) two and half months.

#14-Page

Ikbal could speak English but many students there were unable to speak English so I would discuss my financial and family problems with him so he would give me his phone to flash my wife and my mother so that they could call me back in the school. Ts ___ too was there, I would not see _____ the day because there were many students in that school so he would only come at night where I usually slept we would chat together and I would tell him what ____ happening to my family back home. Could not be able to send them anything so he would tell me that was not a problem he would discussed a lot about Jihad with me and would tell _____ of these things. I know many times he would tell me about Jihad _____ but I should come along with him but reject the telling him how can't leave to that place knowing fully well the condition of my family ____ more over the _____ owner of the Morkaz I would pre____ against this and its not time for it then ___ come can ___ say. I should go to Jihad See also everybody in Yemen is Muslim, he would tell me the issue of your family problem that one is no problem that I would have many way of sending money to my family and even _____ also said its not that it was only_____.

then should let me know.  Days were passing bye I did not here anything form Luqman about ___ Iman so  I kept calling Luqman and asked him this  question -and answer was he didn't see him yet but he talked to him on phone I told Luqman to tell the Iman that I wanted to see him . After a week of first visitation I went to meet the Iman again [and] this time we meet in a mosque where he prayed so I sat with him and discussed the issue again but before I even start talking I could notice that he was not even ready___sending anything or listening to anything I had to say so I asked him probably Luqman  have spoken to him he just said I should continue with what I wanted to say So I told him again that I just came back from Yemen and I was with

#29-Page

May be he has anybody that may be interested in going to yemen I was unable to speak to him very well because of his reactions.  When I finished he just said I said I will think about it and that was just it and that was his response the first time.  I saw him too and this time he said it angrily . Me and Luqman left there immediately but I did not tell Luqman about his Iman reply and Luqman was not sitting with us by that time, after that time I went to Luqmans house in Ib____ to sleep overnight and I returned back to Igebo-Ode the next morning. After this time I did not ask Luqman again about his Imam and  he too did not ask the reason ____. That was the last time I saw Luqman or his  Iman again, me and Luqman only contacted on phone many times but not a single discussion about going to Yemen nor about his Imam. After about 2-3 weeks that I came back from Saudi which was around late June 2011 I have started taking my mind off the issue of Yemen or no Yemen. The money I collected from the Al-Qaeda People in Yemem to bring people for from Nigeria I have used the money to buy two Automatic vehicles from United States which I wanted to start selling as a business with the  help of a neighborhood friend which his brother ____United States

#30-Page

Cars for him to sell and send the moneyback to from in United States after seeing his own profit in it. At around a month after Luqman told me about his ICAN ECAM that he was suppose to write by the third week of October 2011.  And  also his Master Degree program that he was supposed to register for also by October 2011 too.  I also have forgotten totally about all these problems except once in a white  that it would struck my mind. Until the  Red Letter Days__(when) on the 19th of August 2011 when I saw some members of the sss came into my house and arrested me.
Note: I remembered which I forgot to write. When  I was in Yemen by the time the Al-Qaeda guys were bringing me from Abyan to Shalova when Aulaki requested for me on entering Shabua province there was a check-point just before we entered Shabua before getting to this check point I sat at the middle of the driver and one person and 3 people were sitting at the back seat, they were all armed the  driver put his gun beside him between me and  him but the gun would keep resting on me and I would move away from it this happened many time so the driver noticed this and…..

#31-Page

So he told me to hold the gun in my hand so I did we came down at a place before Shabua to eat after finish eating I was asked to sit at the back seat, one person was sitting with me , two persons at the back of the pick- up and one person was sitting with the driver in the front sit.  So when we got to the check point the window glass of the vehicle was tinted glass so we were stopped by the police at the check-point, the police came to the drive and talked to him there was know problem . since they were all Yemen people so the police peeped inside the  vehicle and noticed I was not a Yemen so he came to the door where I was sitting and  open the door then he saw the gun on my lap he alert and told me to come down the person beside me dragged me back and  asked the police why should he come down so the police pointed his gun at me all  of a sudden I heard a loud noise of  gun shot from the police, then I stared pressing the  trigger of the gun I was holding and everybody in the vehicle started shooting and  continued shooting all the vehicle inside at roof at the chair at the windscreen and  the whole car was completely shattered then the driver drove forward for about 2 Kilometers away from the spot of *text on the page is cut off*.  then rushed out of the car_____...

#32- Page

The gun from me and shooted at me that I wanted to kill everybody in the car and told me to enter the car____. I was in a state of shock and I was panicing _____ and I was crying heartly so they took me to one house and left me there with the people . I met in the house before they came at night to collect me. This is my full story . I ask forgiveness I have repented totally and if I can be given the second opportunity I will never misuse it.  Please forgive  for my sins

*******
The above statement was voluntarily made before me by by Lawal Olamiyi Babafemi, after he was duly ____ 16/11/11
Simon James

The maker of the above statement was brought before me by the case officer, who accepted ___ the content of the statement as the true copy of his statement made voluntarily
James____121

# EXHIBIT A-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LAWAL OLANIYI BABAFEMI

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF INTENT TO
REQUEST JUDICIAL
REMOVAL

13 CR 109 (JG)

NOTICE IS HEREBY GIVEN TO LAWAL OLANIYI BABAFEMI ("the defendant")

and to his attorney of record, Lisa Hoyes, Esq., that upon conviction of the defendant

for violations of Title 18 United States Code, Sections 2339B(a)(1), 2339B(d), 2 and

3551 *et seq.*, the United States of America shall request that the Court issue a Judicial

Order of Removal against the defendant pursuant to Section 238(c) of the Immigration

and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Dated:    New York, New York
          April 28, 2014

                                 LORETTA E. LYNCH
                                 United States Attorney
                                 Eastern District of New York

            By:                                       
                                 Hilary Ley Jager
                                 Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LAWAL OLANIYI BABAFEMI

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

FACTUAL ALLEGATIONS IN
SUPPORT OF JUDICIAL
REMOVAL

13 CR 109 (JG)

NOTICE IS HEREBY GIVEN TO LAWAL OLANIYI BABAFEMI ("the defendant") and to his attorney of record, Lisa Hoyes, Esq., that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1.     The defendant is not a citizen or national of the United States.

2.     The defendant is a native of Nigeria and a citizen of Nigeria.

3.     The defendant was paroled into the United States at John F. Kennedy International Airport, New York, New York on or about September 27, 2013.

4.     At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, under Two Counts: (1) Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18 United States Code, Sections 2339B(a)(1), 2339B(d) and 3551 *et seq.* and (2) Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization, in violation of Title 18 United States Code, Sections 2339B(a)(1), 2339B(d), 2, and 3551 *et seq.*

5.    The maximum sentence for a violation of Title 18, United States Code, Section 2339B(a)(1) is fifteen years' imprisonment. Given that the defendant is pleading guilty pursuant to a plea agreement to two counts of Title 18, United States Code, Section 2339B(a)(1) on April 29, 2014, the maximum sentence faced by this defendant for having violated Counts One and Count Two is thirty years' imprisonment.

6.    The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA.

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Nigeria.

Dated:    New York, New York
          April 28, 2014

LORETTA E. LYNCH
United States Attorney
EASTERN District of New York

By:    _____
       Hilary Ley Jager,
       Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------X

UNITED STATES OF AMERICA

- against -

LAWAL OLANIYI BABAFEMI
    Defendant.

-----------------------------X

ORDER OF
JUDICIAL
REMOVAL

13 CR 109 (JG)

Upon the application of the United States of America, by Hilary Ley Jager, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of LAWAL OLANIYI BABAFEMI ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.     The defendant is not a citizen or national of the United States.

2.     The defendant is a native of Nigeria and a citizen of Nigeria.

3.     The defendant was paroled into the United States at John F. Kennedy International Airport, New York, New York on or about September 27, 2013

4.     At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, of Two Counts: (1) Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18 United States Code, Sections 2339B(a)(1), 2339B(d) and 3551 *et seq.* and (2) Provision and Attempted Provision of Material Support to a Foreign Terrorist

01/20/2021

Organization, in violation of Title 18 United States Code, Sections 2339B(a)(1), 2339B(d), 2, and 3551 *et seq.*

5. The maximum sentence for a violation of Title 18, United States Code, Section 2339B(a)(1) is fifteen years' imprisonment. Given that the defendant is pleading guilty pursuant to a plea agreement to two counts of Title 18, United States Code, Section 2339B(a)(1) on April 29, 2014, the maximum sentence faced by this defendant for having violated Counts One and Count Two is thirty years' imprisonment.

6. The defendant is subject to removal from the United States pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Nigeria promptly upon his sentencing.

Dated:     New York, New York
           April ХХ, 2014

                                        _____
                                        THE HONORABLE JOHN GLEESON
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | DEFENDANT'S PLEA STATEMENT IN SUPPORT OF JUDICIAL <u>REMOVAL</u> |
| - against - | |
| LAWAL OLANIYI BABAFEMI <br>     Defendant. | 13 CR 109 (JG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

LAWAL OLANIYI BABAFEMI, defendant in the above-captioned criminal proceeding, hereby states as follows:

1.    My true and correct name is Lawal Olaniyi Babafemi.

2.    I received a Notice of Intent to Request Judicial Removal ("Notice"), dated April 28, 2014. I am the person identified in that document. I hereby waive my right, pursuant to Section 238(c)(2)(A) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1228(c)(2)(A), to have the Notice served upon me prior to the commencement of the trial or entry of a guilty plea in this case.

3.    I received the Factual Allegations in Support of Judicial Removal ("Allegations"), dated April 28, 2014. I hereby waive my right, pursuant to Section 238(c)(2)(B) of the INA, 8 U.S.C. § 1228(c)(2)(B), to have the allegations served 30 days prior to sentencing.

4.    My rights in a judicial removal proceeding have been fully explained to me by my attorney, Lisa Hoyes, Esq. After consultation with counsel and understanding the legal

consequences of doing so, I knowingly and voluntarily waive the right to the notice and hearing provided for in Section 238(c)(2) of the INA, 8 U.S.C. § 1228(c)(2), and further waive any and all rights to appeal, reopen, reconsider, or otherwise challenge this order. I understand the rights I would possess in a contested administrative proceeding and I waive these rights, including my right to examine the evidence against me, present evidence on my own behalf, and cross-examine witnesses presented by the United States. I understand these rights and waive further explanation by the Court.

5.    I hereby admit that all of the factual allegations set forth in the Allegations are true and correct as written.

6.    I hereby concede that I am removable from the United States pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA.

7.    I hereby waive any and all rights I may have to any and all forms of relief or protection from removal, deportation, or exclusion under the INA, as amended, and related federal regulations. These rights include, but are not limited to, the ability to apply for the following forms of relief or protection from removal: asylum; withholding of removal under Section 241(b)(3) of the INA, 8 U.S.C. § 1231(b)(3); any protection from removal pursuant to Article 3 of the United Nations Convention Against Torture, including withholding or deferral of removal under 8 C.F.R. §§ 208.16-17 and 1208.16-17, cancellation of removal; adjustment of status; registry; *de novo* review of a denial or revocation of temporary protected status (current or future); waivers under Sections 212(h) and 212(i) of the INA, 8

U.S.C. §§ 1182(h), 1182(i); visa petitions; consular processing; voluntary departure or any other possible relief or protection from removal available under the Constitution, laws or treaty obligations of the United States.

8.    I agree to the entry of a stipulated judicial order of removal pursuant to Section 238(c)(5) of the INA, 8 U.S.C. § 1228(c)(5). ████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

9.    I consent to the introduction of this statement as an exhibit in the record of these judicial removal proceedings. I further agree to make the judicial order of removal a public document, waiving my privacy rights, including any privacy rights that might exist under 8 C.F.R. § 208.6.

10.    I agree to assist U.S. Immigration and Customs Enforcement ("ICE") in the execution of my removal. Specifically, I agree to assist ICE in the procurement of any travel, identity, or any other documents necessary for my removal; to meet with and to cooperate with representatives of any country to which I may by statute be removed if ICE so requests; and to execute any forms, applications, or waivers needed to execute or expedite my removal. I further understand that my failure or refusal to assist ICE in the execution of my removal may subject me to criminal penalties under Section 243 of the INA, 8 U.S.C. § 1253.

11.    I concede that the entry of this judicial order of removal renders me permanently inadmissible to the United States. I agree that I will not enter, attempt to enter, or transit through the United States without first seeking and obtaining permission to

do so from the Secretary of the Department of Homeland Security or other designated representative of the U.S. government.

12.     I will accept a written order issued by this Court for my removal from the United States to Nigeria, and I waive any and all rights to challenge any provision of this agreement in any U.S. or foreign court or tribunal.

04/29/2014
Date.

Defendant's Signature

4/29/14
Date

Attorney for the Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

LAWAL OLANIYI BABAFEMI
      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

CONCURRENCE OF UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT

13 CR 109 (JG)

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

Dated:        New York, New York
              April 28, 2014

                                    _____
                                    Special Agent in Charge
                                    United States Immigration and
                                    Customs Enforcement

01/20/2021

# EXHIBIT B

Case 1:13-cr-00109-BMC    Document 89-1    Filed 04/19/21    Page 25 of 49 PageID #: 1205

Metropolitan Correctional Centre
150, Park Row,
MCC, New York,
NY 10007.
06-10-2014.

Dear Sir/Madam

LETTER OF DECLARATION

I, Lawal Olaniyi Babafemi hereby making a declaration that my soul/intention of travelling to Saudi Arabia was not by any means had anything to do with joining Al-Qaida in Yemen or having the intention of harming any American or even anybody in the world, I have only gone out in pursuit of my family's daily-bread.

And I am also using this medium to declare to you that my ideology on Islam not even for once had anything to do with or in portray of what the "Inspire Magazine" stands for or any other radicalism Organisation "known and unknown" prior to, during or after my ~~visit~~ journey to Saudi Arabia, I was only cut in the web in the wrong place at the wrong time, I am only a

# EXHIBIT B-1

Case 1:13-cr-00109-BMC    Document 89-1    Filed 04/19/21    Page 27 of 49 PageID #: 1207

*I hereby denounce the actions I took in joining al Qaeda and the evil I perpetrated in supporting them. I denounce al Qaeda and their ideology and actions both in their land and abroad.*

Dear Honourable Judge Gleeson,

Till this very moment, it is still very difficult and hard for me to be able to comprehend the reason why I ~~fell into the web that~~ turned my humble life into an unbearable calamity.

My dear Judge, I only want others to learn from my mistakes. *→ I hereby denounce the actions I took in joining al Qaeda and the evil I perpetrated in helping/supporting them.*

~~I have never joined the Al-Qaida in Yemen with the soul intention of perpetrating evil with them nor do I share their terrorism ideology. I thereby denounce their ideology and actions both in their land and abroad,~~ I understand Islam to be the religion of peace and harmony, even our prophet Muhammad [P.B.U.H.] preached peace and unity and not the act of brutality and barbarism toward the non-muslims and even the muslims that we are seeing through out the world from the so-called muslims. *I denounce al Qaeda and their ideology & actions both in their land & abroad.*

I was born in a polygamous home in a city called Ibadan in the Southwestern part of Nigeria, my father married many wives in which till date, I do not know the number of his wives, my father was a successful business man in estate management mainly on landed properties. In around 1982, my parents got divorced for a reason I could not understand till this very momement, and I never cared to ask my mother because I know this troubles my mother a lot if she remembers.

My mother had two kids before she married my father, in which they were both staying together with my mother in my father's house. My mother bore my father three children in which I happened to be in the second position. My mother moved back to her parent's town in Ijebu-Ode where she was born, which is about 45 kilometre away from Ibadan, where my father used to recide.

My mother moved us into her parent's family house which belonged to her grandfather, we were raised and brought up in this house with other extended families. After this, I saw my father three times, when I was eight years during my holiday period in my elementary school and the second time when I was processing my admission into the University in the year 1999/2000, I went to meet him for financial support and the third time was when he took his last illness which led to his death the second day I visited him. It was tough for my mother to raise five kids all on her own. She started sawmilling business in which she would go deep into the thick forest to get timbers which she would in turn transport back to the city for sale. This business was so hard and dangerous, there were many cases of people dying in this forest due to the attack from the wild animals, moto accidents or sometimes from the felling of the timbers.

I remembered a time when I was still a teenager, I escorted my mother to this forest called J4 Government Forest Reserve Area, we went to the very dept of the forest, it was so scare, I could hear the cry of wolves and other wild animals. During the night the truck broke down and we needed to run about few kilometres to get to a near by village to pass the night, I could remember how my mother was running in this forest, through ants and in swamps, I kep watching her and I felt a great pity for her, in this thick forest at the very dept of the night, I raised up my eyes, with hot tears, in a cold night weather, to the sky through the branches of the

trees, and I made supplications to my Lord "O my Lord! Grant me enough wealth to be able to pay back my mother for her hard labour over us." But now, it is a pity that I have not been able to pay her back with something good but with pain and agony.

Despite all these hardships and dangers, she was like being enslaved under the command of the owner of the truck, who would in turn reep all the benefits of her labour, she would end up returning home with very little amount, which we could only feed on.

In my mother's town, was where I attended my primary and secondary schools, these were public schools which there standard of teachings were very poor, but at least she could be able to send us, she worked very hard with all her efforts day and night to make us survive and get the basic education. Despite the fact of my low standard of education in both my primary and secondary schools, I could still be able to make it up to the University level with the help of my immediate elder brother, who would give me some extra coaching classes after I returned from school. I graduated from my secondary school in Ijebu-Ode, Ogun State and I soon got admission into University in Lagos State.

I got enrolled into the university in the year 2000 to study economics as a course, but due to the Nigerian educational factors, it caused a great set-back for me in completing my education which thereby, made me to not be able to earn a degree. After I dropped-out of the university in 2006, I engaged in a fishery business in partnership with my elder brother, who financed the business and I managed it. But due to circumstances beyond my control, I was unable to make profit out of the business, this happened twice, after the second time, my brother withdrew completely from the business which brought an end to the business. During this period, I got married and my wife was pregnant, after the business collapsed, I could not be able to manage myself and my family due to the financial incapabilities.

By the year 2007 my wife had a still-birth which damaged her womb, on several occasions, she had miscarriages due to this problem we kept patrolling the hospital back and forth till the year 2008 when she finally conceived, despite the fact that the pregnancy kept threatening, she was able to deliver safely through a surgical operation, this was how she delivered her second child too, due to the fact that she could not deliver safely on her own without the help of surgery this was by March, 2009.

During her pregnancy period, I was having financial problems, so I decided to get a tricycle "three wheel drive" in an installmental as a means of transportation. After I started this driving work, condition of things changed a little bit but the situation were still very tough.

During this period, I got information about Sudan that I can be able to study and at the same time get a good job, I discussed this with my wife in which she agreed to the suggestion. These were all the problems that led me to this calamity that I found myself till today. I was unable to achieve what I have actually gone out for neither was I able to come back to my home with peace and comfort in my heart.

My dear Honourable Judge Gleeson, the moment I left the Damaj Institute along side Yahya, the Al-Qaida guy, I knew I have made the worst decision of my life. My dear Honourable

Judge Gleeson, all what I could think about at that moment was "how I my going to be able to come out of this trench that I have dug and buried myself."

I wanted to run away from the Al-Qaida group, but this did not happen so easily until when I committed myself with this people. Finally, when I was free from them I eloped with their money to Saudi Arabia rather than returning back to Nigeria as we agreed. But my fate is always ahead of me, when I got to Saudi Arabia, I thought of settling down there, work for some time and bring my family to join me, thinking of being safe from the Al-Qaida's threat. After about a week that I got to Saudi Arabia, I got a casual job as assistant driver, during this work in Saudi Arabia, I was arrested for an illegal immigrant and I was soon deported back to Nigeria. On my arrival at Nigeria, my heart was so heavy for the threat I received from the leader of Al-Qaida in Yemen, so I thought of talking to one or two persons, if they are interested in going to Yemen for Jihad, I did talk to two persons over this issues but the attempt was futile.

Dear Honourable Judge Gleeson, I did this because of the fact that I was too scared that anybody may be watching over me without me knowing as the Al-Qaida in Yemen has said to me that if I happened to be of any threat in Nigeria that they have their people in Nigeria that will take care of me, and not to think of the insurgency going on in Nigeria. I did not have the soul intention to assist them in execution of their mission.

After about a week, I started forgetting about this problem. I was managed to bring the money I collected from Al-Qaida back to Nigeria successfully without any interception. After two weeks of my arrival in Nigeria, I gave my wife about 200,000 Nigerian currency, which was about $1300, to add up to her petty trading she was engaging in while I was away. I approached a neighborhood friend of mine which his elder brother resides here in America, this elder brother of his would send used cars down to Nigeria from United State here to this friend of mine with a fixed price, in which this my friend would add his own gain to the price of the car, thereby making a reasonable amount of profit. I met with my friend and we both agreed on a percentage basis over the profits from my own money I would be committing into the business. I gave him 1.2M Nigerian currency for the purchase of two cars with the assistance of his brother in United States, the shipment, and the clearing and forwarding of the cars from the Nigerian Sea Port would take about two to three months.

. As time passed by, I have forgetten tried to forget about my problem with the Al-Qaida in Yemen, it would only strikes my mind once in a while before I was arrested in my house with my family. — delete

My Dear Honourable Judge Gleeson, I want you to know that I do not have the mind or intention to hurt or harm anybody in the world under the believe of Islam or any other ideology that it might be.

Sir, I want to relate to you a little incident that is verifiable that took place in my place of work in MCC.

At about 2:30 to 3:30 pm on Monday, July 7th, 2014, I was at the kitchen in MCC working on the line as usual, the dish-machine was 20 to 30 feets away from the line where I was, at the moment. Suddenly, I heard the two co-inmates working on the dish-machine arguing

Tried to forget

by raising their voices, I wouldn't know what they were arguing about, on this particular day, we have only one supervising officer on duty, his name is Chambers, his full name is unknown to me, this officer was in his office, but if he looked behind him he could be able to see these two inmates arguing through the glass barricading his office to the dish-machine.

But, I continued with my work. All of a sudden, I heard the officer shouting "Stop! Stop!", when I looked up I saw him rushing down towards the dish-machine, so I realised these two inmates have started fighting each other and he was running to separate them, as soon as he approached them, one of these inmates carried a bucket full of soap-water readily prepared for washing the dishes, and he threw the soap-water directly at the officer's face, but the officer was able to grab the one nearer to them, in an instant, the officer and the inmate in his grasp were on the floor struggling in the soap-water while the second inmate was raining series of punches upon them.

At this particular time, we the inmates working at the kitchen were about thirteen in number and some were even closer to the spot of the incident, but non of them did nothing to rescue this officer, I could not take this at all, as soon as I saw the soap-water being thrown at the officer's face, I did not know how I jumped off the line straight to the incident, as I got there, I wanted to lift up the officer away from them, but while the officer was struggling with the one he was holding on the floor the other inmate was raining series of punches upon them, so I rushed to this other inmate and grabbed him with all my strength and I was holding him while we were both on the floor, preventing him from punching them until the officer was able to free himself away from them, so I noticed he could not see as the soap-water has gone into his eyes, he had his eyes closed and he was covered with the soap-water from his head to his shoe, I got so scared, so I rushed towards him and ushered him to the sink-top to wash his eyes with clean water, after some time he could manage to see. He went straight to the phone and called the gaurds, in a couple of minutes the gaurd were there and they took these two inmates away.

The most surprising thing to me was that despite the fact that we inmates working at the kitchen at the basement at that time were about thirteen in number, non! I mean, absolutely non of them did nothing to help this officer and after a while some of these inmates present there were even blaming me for going to rescue this officer, but I told them with a total dismay "could you not see that Chambers would be seriously injured if I did not rush down there to assist him?" The amazing answers I got from them were "He is an officer, he knew what he was supposed to do because that is his duty" I could not believe that, I just walked away from them, and even some of them were making jest of me that I was struggling on the floor with a police. This is the kind of person I am, ~~I am a heart-tendered person,~~ I dislike to see people being hurt or harm let alone I myself to ~~harm or hurt~~ anybody. I have my own family too, my mother, brothers and sisters that I love so much, how can I, by any means have the intention of harming another person's family, when they love and care for their families the way I love and care for mine too.

*[handwritten annotations:]* Though my actions with al Qaeda showed something different, & I need you to know

truly

Though my actions with al Qaeda showed something different, I need you to know that

After some days, two of the officers in MCC saw me and one was telling the second one how I was trying to rescue their co-officer while he was in danger and the second told the first that if I try this in the main prison that I will be the main target from the inmates.

My dear Honourable Judge, I want you to please tamper justice with mercy on my case, I have an aged mother, which has developed a chronic hypertension due to the problem I am into. So also my wife which has suffered a lot because of me, I am all what she got left on earth, she has not mother and her father married many wives, so he is less concern about his female children that he had given out in marriage. Dear Honourable Judge, I want you to think about my little kids in their tender age without their father not being dead and yet not in their side to look after their up bringing. My daughter was seven month and my son was about two years and four month when I was arrested. I remember, the night prior to my arrest, I was playing with my daughter on my bed while she was lying down and I was jumping on the bed around her, she couldn't help but keep laughing and my son kept laughing at the two of us, after a while, my wife told me to allow them to sleep as my son would be going to school early in the morning, so I left them to sleep in the living room, ~~that was the last time I would be seeing their faces again till this moment,~~ they surely need the soothing love of their father beside them.

And also my beloveth brothers and sisters, they all miss me for my advice, love and caring for them and their families, they call me the trust worthy one, they would trust me with their lives. So also my nephews and nieces, they all miss my advice, love and caring for them, as I would advised them on how to live their lives as their growing up. My aunties and uncles too miss my love and caring as I would not give any one of them a single chance to say something bad of me. And my neighbours, I heard they were all lamenting after my arrest till date.

My Dear Judge, I want you to kindly forgive me for my mistakes and short-comings, human souls are prone to evil, that is the general phenomenon of human life. Sir, I have made mistakes and I realized it and I am still feeling its bitterness till now, so also my innocents family and relatives. I pray that I did not leave any thorn on the path that I trailed for the people passing by, less I will never forgive myself.

Since I have been incarcerated for the past three years now, I have known more of the values and importance of life, all my restrictions are within the four-corners of my cell, same faces, same set of people I see every day. I would think what could be the state of my family right now? The more I desire to talk to my family on the phone, the more nervous I get; my wife won't stop telling me the hardship they are facing and how lonely she has been with the kids, also my kids won't stop troubling their mother when is their father coming back home? When I would finally talk to them, all what they would be ringing into my ears was, "Daddy, when are you coming back home?" All I could also say to them was "Please, pray for me, I really want to come back home to you and your mum." But, I could not say more than this. My total life has changed, I could neither sleep well nor have appetite for any food. When I call my mother, she would only be crying and be telling me she prays all the time that we should be re-united as before before she passes away. I have been like somebody stranded in a naked ocean, I see nobody around me but God, and if not for help and assistant from my attorney, it may be I would have lost my mind completely by now.

*[handwritten margin note: I have not shown them a good example but I wish dearly to change that.]*

*[handwritten note at bottom: I have not shown them a good example but I wish dearly to change that.]*

It is so traumatizing to me being far away from my family and relatives and in this kind of condition, I would pray every night when I am on my bed before falling asleep that my Lord should show me a beautiful dream about my family, may be that would make any different in me through out the following day. I pray, I should be re-united back, once again with my family, my mother, my relatives and to all my love ones as soon as possible.

Sire, I hereby say, I beseech your forgiveness and pardon and I seek forgiveness from anybody that I might have offended by my past actions, how I wish I could be able to open my chest for whom it may concern to see my heart and see how regretful I am. If I am given a second chance or I have a second life, I will look carefully before I leap. I dislike to see or hear anybody has bad impression towards me here in United State or anywhere in the world or I am a potential threat to United State or any other country, even as I intended to be earning my daily living from the cards from United State that I was to be selling before my arrest. It is said in Nigeria that it is forbidding to abuse the water you are to drink from, less you die of thirst. I thereby, would never have any bad intention against United State that was supposed to be my source of income. Sometimes I here reports from home that people point accused fingers at my family and calling them the family of a terrorist, some would even go far by calling my family the family of Boko Haram, all these trouble me a lot and sometimes I would be shedding tears over these, because I can imagine the difficulties my family would be going through. Again, I plead for forgiveness from anybody I might have offended by my actions, there is a proverb in Nigeria that says, "A slave that realises his mistake before his master, does not stay long in prostration."

I have turned a new lead and am ready to be dutiful to whom duty is due.

I thank you very much you honour, for given me this opportunity to write this piece of my mind, I once again say, thank you sir.

Yours Faithfully,

Babafemi

# EXHIBIT C

Case 1:13-cr-00109-BMC    Document 89-1    Filed 04/19/21    Page 34 of 49 PageID #:
1214

Honourable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honourable Judge Gleeson,

Till this very moment, it is still very difficult and hard for me to be able to comprehend the reason why I turned my humble life into an unbearable calamity.

My dear Judge, I only want others to learn from my mistakes. I thereby denounce the actions I took in joining Al-Qaesa and the evil I perpetrated in supporting them. I denounce Al-Qaeda and their ideology and their actions both in their land and abroad; I understand Islam to be the religion of peace and harmony, even our prophet Muhammad [P.B.U.H.] preached peace and unity and not the act of brutality and barbarism toward the non-muslims and even the muslims that we are seeing through out the world from the so-called muslims.

I was born in a polygamous home in a city called Ibadan in the Southwestern part of Nigeria, my father married many wives in which till date, I do not know the number of his wives, my father was a successful business man in estate management mainly on landed properties. In around 1982, my parents got divorced for a reason I could not understand till this very momement, and I never cared to ask my mother because I know this troubles my mother a lot if she remembers.

My mother had two kids before she married my father, in which they were both staying together with my mother in my father's house. My mother bore my father three children in which I happened to be in the second position. My mother moved back to her parent's town in Ijebu-Ode where she was born, which is about 45 kilometre away from Ibadan, where my father used to recide.

My mother moved us into her parent's family house which belonged to her great-grandfather, we were raised and brought up in this house with other extended or different relatives. After this, I saw my father three times; when I was eight years during my holiday period in my elementary school and the second time when I was processing my admission into the University in the year 1999/2000, I went to meet him for financial support and the third time was when he took his last illness which led to his death the second day I visited him. It was tough for my mother to raise five kids all on her own. She started sawmilling business in which she would go deep into the thick forest to get timbers which she would in turn transport back to the city for sale. This business was so hard and dangerous, there were many cases of people dying in this forest due to the attack from the wild animals, moto accidents or sometimes from the felling of the timbers.

I remembered a time when I was still a teenager, I escorted my mother to this forest called J4 Government Forest Reserve Area, we went to the very dept of the forest, it was so scary, I could hear the cry of wolves and other wild animals. During the night the truck broke down and we needed to run about few kilometres to get to a near by village to pass the night, I could remember how my mother was running in this forest, through ants and in swamps, I kep watching her and I felt a great pity for her, in this thick forest at the very dept of the night, I raised up my eyes, with hot tears, in a cold night weather, to the sky through the branches of the trees, and I made supplications to my Lord "O my Lord! grant me enough wealth and sustenant to be able to pay back my mother for her hard labour over us." But now, it is a pity that I have not been able to pay her back with something good but with pain and agony.

Despite all these hardships and dangers, she was like being enslaved under the command of the owner of the truck, who would in turn reep all the benefits of her labour, she would end up returning home with very little amount, which we could only feed on.

In my mother's town, was where I attended my primary and secondary schools, these were public schools which there standard of teachings were very poor, but at least she could be able to send us, she worked very hard with all her efforts day and night to make us survive and get the basic education. Despite the fact of my low standard of education in both my primary and secondary schools, I could still be able to make it up to the University level with the help of my immediate elder brother, who would give me some extra coaching classes after I returned from school. I graduated from my secondary school in Ijebu-Ode, Ogun State and I soon got admission into University in Lagos State.

I got enrolled into the university in the year 2000 to study economics as a course, but due to the Nigerian educational factors, it caused a great set-back for me in completing my education which thereby, made me to not be able to earn a degree. After I dropped-out of the university in 2006, I engaged in a fishery business in partnership with my elder brother, who financed the business and I managed it. But due to circumstances beyond my control, I was unable to make profit out of the business, this happened twice, after the second time, my brother withdrew completely from the business which brought an end to the business. During this period, I got married and my wife was pregnant, after the business collapsed, I could not be able to manage myself and my family due to the financial incapabilities.

By the year 2007 my wife had a still-birth which damaged her womb, on several occasions, she had miscarriages due to this problem we kept patrolling the hospital back and forth till the year 2008 when she finally conceived, despite the fact that the pregnancy kept threatening, she was able to deliver safely through a saesarian operation, this was how she delivered her second child too, due to the fact that she could not deliver safely on her own without the help of surgery this was by March, 2009.

During her pregnancy period, I was having financial problems, so I decided to get a tricycle "three wheel drive" in an installmental as a means of transportation. After I started this driving work, condition of things changed a little bit but the situation were still very tough.

During this period, I got information about Sudan that I can be able to study and at the same time get a good job, I discussed this with my wife in which she agreed to the suggestion. These were all the problems that led me to this calamity that I found myself till today. I was unable to achieve what I have actually gone out for neither was I able to come back to my home with peace and comfort in my heart.

My dear Honourable Judge Gleeson, the moment I left the Damaj Institute along side Yahya, the Al-Qaida guy, I knew I have made the worst decision of my life. My dear Honourable Judge Gleeson, all what I could think about at that moment was "how I my going to be able to come out of this trench that I have dug and buried myself."

I wanted to run away from the Al-Qaida group, but this did not happen so easily until when I committed myself with this people. Finally, when I was free from them I eloped with their money to Saudi Arabia rather than returning back to Nigeria as we agreed. But my fate is always ahead of me, when I got to Saudi Arabia, I thought of settling down there, work for some time and bring my family to join me, thinking of being safe from the Al-Qaida's threat. After about a week that I got to Saudi Arabia, I got a casual job as assistant driver, during this work in Saudi Arabia, I was arrested for a illegal immigrant and I was soon deported back to Nigeria. On my arrival at Nigeria, my heart was so heavy for the threat I received from the leader of Al-Qaida in Yemen, so I thought of talking to one or two persons, if they are interested in going to Yemen for Jihad, I did talk to two persons over this issues but the attempt was futile.

Dear Honourable Judge Gleeson, I was scared that anybody may be watching over me without me knowing as the Al-Qaida in Yemen has said to me that if I happened to be of any threat in Nigeria that they have their people in Nigeria that will take care of me, and not to think of the insurgency going on in Nigeria.

I was managed to bring the money I collected from Al-Qaida back to Nigeria successfully without any interception. After two weeks of my arrival in Nigeria, I gave my wife about 200,000 Nigerian currency, which was about $1300, to add up to her petty trading she was engaging in while I was away. I approached a neighborhood friend of mine which his elder brother resides here in America, this elder brother of his would send used cars down to Nigeria from United State here to this friend of mine with a fixed price, in which this my friend would add his own gain to the price of the car, thereby making a reasonable amount of profit. I met with my friend and we both agreed on a percentage basis over the profits from my own money I would be committing into the business. I gave him 1.2M Nigerian currency for the purchase of two cars with the assistance of his brother in United States, the shipment, and the clearing and forwarding of the cars from the Nigerian Sea Port would take about two to three months.

My Dear Honourable Judge Gleeson, I want you to know that I do not have the mind or intention to hurt or harm anybody in the world under the believe of Islam or any other ideology that it might be.

Sir, I want to relate to you a little incident that took place in my place of work in MCC.

At about 2:30 to 3:30 pm on Monday, July 7th, 2014, I was at the kitchen in MCC working on the line as usual, the dish-machine was 20 to 30 feets away from the line where I was, at the moment. Suddenly, I heard the two co-inmates working on the dish-machine arguing by raising their voices, I wouldn't know what they were arguing about, on this particular day, we have only one supervising officer on duty, his name is Chambers, his full name is unknown to me, this officer was in his office, but if he looked behind him he could be able to see these two inmates arguing through the glass barricading his office to the dish-machine.

But, I continued with my work. All of a sudden, I heard the officer shouting "Stop! Stop!", when I looked up I saw him rushing down towards the dish-machine, so I realised these two inmates have started fighting each other and he was running to separate them, as soon as he approached them, one of these inmates carried a bucket full of soap-water readily prepared for washing the dishes, and he threw the soap-water directly at the officer's face, but the officer was able to grab the one nearer to them, in an instant, the officer and the inmate in his grasp were on the floor struggling in the soap-water while the second inmate was raining series of punches upon them.

At this particular time, we the inmates working at the kitchen were about thirteen in number and some were even closer to the spot of the incident, but non of them did nothing to rescue this officer, I could not take this at all, as soon as I saw the soap-water being thrown at the officer's face, I did not know how I jumped off the line straight to the incident, as I got there, I wanted to lift up the officer away from them, but while the officer was struggling with the one he was holding on the floor the other inmate was raining series of punches upon them, so I rushed to this other inmate and grabbed him from punching them with all my strength and I was holding him while we were both on the floor, preventing him from punching them until the officer was able to free himself away from them, so I noticed he could not see as the soap-water has gone into his eyes, he had his eyes closed and he was covered with the soap-water from his head to his shoes, I got so scared, so I rushed towards him and ushered him to the sink-tap to wash his eyes with clean water, after some time he could manage to see. He went straight to the phone and called the gaurds, in a couple of minutes the gaurd were there and they took these two inmates away.

The most surprising thing to me was that despite the fact that we inmates working at the kitchen at the basement at that time were about thirteen in number, non! I mean, absolutely non of them did nothing to help this officer and after a while some of these inmates present there were even blaming me for going to rescue this officer, but I told them with a total dismay "could you not see that Chambers would be seriously injured if I did not rush down there to assist him?" The amazing answers I got from them were "He is an officer, he knew what he was supposed to do because that is his duty" I could not believe that, I just walked away from them, and even some of them were making jest of me that I was struggling on the floor with a police.

Though my actions with Al-Qaeda showed something different, I need you to know that this is the kind of person I am, I truly dislike to see people being hurt or harm let alone I myself to harm or hurt anybody. I have my own family too, my mother, brothers and sisters that I love

so much, how can I, by any means have the intention of harming another person's family, when they love and care for their families the way I love and care for mine too.

After some days, two of the officers in MCC saw me and one was telling the second one how I was trying to rescue their co-officer while he was in danger and the second told the first that if I try this in the main prison that I will be the main target from the inmates.

My dear Honourable Judge, I want you to please tamper justice with mercy on my case, I have an aged mother, which has developed a chronic hypertension due to the problem I am into. So also my wife which has suffered a lot because of me, I am all what she got left on earth, she has no mother and her father married many wives, so he is less concern about his female children that he had given out in marriage. Dear Honourable Judge, I want you to think about my little kids in their tender age without their father not being dead and yet not in their side to look after their up bringing. My daughter was seven month and my son was about two years when I was arrested. I remember, the night prior to my arrest, I was playing with my daughter on my bed while she was lying down and I was jumping on the bed around her, she couldn't help but keep laughing and my son kept laughing at the two of us, after a while, my wife told me to allow them to sleep as my son would be going to school early in the morning, so I left them to sleep in the living room, that was the last time I would be seeing their faces again till this moment, they surely need the soothing love of their father beside them.

And also my beloveth brothers and sisters, they all miss me for my advice, love and caring for them and their families, they call me the trust worthy one, they would trust me with their lives. So also my nephews and nieces, they all miss my advice, love and caring for them, as I would advised them on how to live their lives as their growing up. I have not shown them a good example but I wish dearly to change that. My aunties and uncles too miss my love and caring as I would not give any one of them a single chance to say something bad of me. And my neighbours, I heard they were all lamenting after my arrest till date.

My Dear Judge, I want you to kindly forgive me for my mistakes and short-comings, human souls are prone to evil, that is the general phenomenon of human life. Sir, I have made mistakes and I realized it and I am still feeling its bitterness till now, so also my innocents family and relatives. I pray that I did not leave any thorn on the path that I trailed for the people passing by, less I will never forgive myself.

Since I have been incarcerated for the past three years now, I have known more of the values and importance of life, all my restrictions are within the four-corners of my cell, same faces, same set of people I see every day. I would think what could be the state of my family right now? The more I desire to talk to my family on the phone, the more nervous I get; my wife won't stop telling me the hardship they are facing and how lonely she has been with the kids, also my kids won't stop troubling their mother when is their father coming back home? When I would finally call them, all what they would be ringing into ears was, "Daddy, when are you coming back home?" All I could also say to them was "Please, pray for me, I really want to come back home to you and your mum." But, could not say more than this. My total life has changed, I could neither sleep well nor have appetite for any food. When I call my mother, she

would only be crying and be telling me she prays all the time that we should be re-united as before before she passes away. I have been like somebody stranded in a naked ocean, I see nobody around me but God, and if not for help and assistant from my attorney, it may be I would have lost my mind completely by now.

It is so traumatizing to me being far away from my family and relatives and in this kind of condition, I would pray every night when I am on my bed before falling asleep that my Lord should show me a beautiful dream about my family, may be that would make any different in me through out the following day. I pray, I should be re-united back, once again with my family, my mother, my relatives and to all my love ones as soon as possible.

Sire, I hereby say, I beseech your forgiveness and pardon and I seek forgiveness from anybody that I might have hurt by my past actions, how I wish I could be able to open my chest for whom it may concern to see my heart and see how regretful I am. If I am given a second chance or I have a second life, I will look carefully before I leap. I dislike to see or hear anybody has bad impression towards me here in United State or anywhere in the world or I am a potential threat to United State or any other country, even as I intended to be earning my daily living from the cars from United State that I was to be selling before my arrest. It is said in Nigeria that it is forbidding to abuse the water you are to drink from, less you die of thirst. Sometimes I here reports from home that people point accused fingers at my family and calling them the family of a terrorist, some would even go far by calling my family the family of Boko Haram, all these trouble me a lot and sometimes I would be shedding tears over these, because I can imagine the difficulties my family would be going through. And I shed tears to know I have associated with these kinds of violent people.

Again, I plead for forgiveness from anybody I might have hurt by my actions, there is a proverb in Nigeria that says, "A slave that realises his mistake before his master, does not stay long in prostration."

I have turned a new leaf and am ready to be dutiful to whom duty is due.

I thank you very much you honour, for given me this opportunity to write this piece of my mind, I once again say, thank you sir.

Yours Faithfully,

Babafemi

# EXHIBIT D

TRULINCS 82814053 - BABAFEMI, LAWAL OLANIYI - Unit: ALF-B-A

---------------------------------------------------------------------------------------

FROM: Galluzzo, Matthew
TO: 82814053
SUBJECT: Affidavit from Lisa Hoyes
DATE: 03/17/2021 08:51:42 AM

Hello Lawal, The court had ordered your public defender to submit an affidavit about your 2255 motion. I have attempted to cut and paste it.

Lisa Hoyes, Esq., swears under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.      I provide this Affidavit in response to Lawal Babafemi's 28 U.S.C. § 2255 Motion, following his waiver of attorney-client privilege, and pursuant to the Court's Order. The information set forth below is based on my best recollection of events. Because I provide this Affidavit for the limited purpose of addressing certain factual allegations raised in Mr. Babafemi's § 2255 motion, I have not included every detail concerning my representation of him.

2.      I was assigned by this Court in 2013 to represent Mr. Babafemi, who was arrested for violating the terrorism laws of the United States. Specifically, Mr. Babafemi was accused of conspiring to provide, providing, and attempting to provide material support to a foreign terrorist organization (Counts One and Two), and use of a firearm and conspiring with others to use a firearm in furtherance of a crime of violence (Counts Three and Four).

3.      In his request for relief, Mr. Babafemi asserts that I provided ineffective assistance of counsel because I (i) misled him to believe that mere association with members of a foreign terrorist association constituted guilt of the crimes charged in the indictment; (ii) did not explain that he had a viable abandonment defense; (iii) did not spend sufficient time discussing his guilty plea; (iv) did not raise every objection to the presentence report that he noted.

4.      At the time I was assigned to this case I had been an assistant federal defender in the Eastern District of New York for approximately four years.

5.      As an assistant federal defender, I worked diligently on behalf of my clients, including Mr. Babafemi. As part of being diligent, and as a matter of course, I (i) provided my clients information about the process of a criminal case; (ii) discussed with them what would happen in court before a scheduled court appearance; (iii) explained legal concepts such as the presumption of innocence and the right against self-incrimination; (iv) explained motion practice;
(v) discussed possible defenses to the charges; (vi) informed them of their options, including, going to trial, pleading guilty, and cooperating with the government; (vii) explained the different ways one could plead guilty (by plea agreement or by pleading to the indictment); (viii)

explained the statutory sentencing structure, including mandatory sentences; (ix) explained the function of the United States Sentencing Guidelines; and (x) explained plea waivers and the rights a defendant gives up by pleading guilty. I followed this course of diligent practice in Mr. Babefemi's case.

6.      Mr. Babafemi was detained at the Metropolitan Correctional Center (MCC). He was initially held in solitary confinement in Unit 10-South, and was subsequently transferred to general population.

7.      While I represented Mr. Babafemi, I visited him frequently at the MCC.

8.      In the course of my representation, I reviewed both classified and unclassified discovery provided by the government.

9.      I reviewed with Mr. Babafemi all of the unclassified discovery in his case.

10.     Mr. Babafemi and I discussed potential defenses to the charges against him. He informed me that he did not intend to wage violent jihad or harm Americans. He informed me that he did take money from Al-Qaeda with the intention of recruiting English-speaking Nigerians to travel to Yemen. He informed me that once in Nigeria, he did take steps to recruit Nigerians to travel to Yemen. Based on my legal research, I believed that these facts were sufficient to sustain the material support charges and conveyed as much to Mr. Babafemi. I never advised Mr. Babafemi that mere association with members of a foreign terrorist association constituted guilt of the crimes charged in the indictment.

11.     Mr. Babafemi informed me that he used the money that was given to him in Yemen to start a legitimate business in Nigeria. I did not believe that this constituted a viable abandonment defense and conveyed as much.

12.     Mr. Babafemi informed me that he briefly held a firearm during and in relation to the time he spent with Al-Qaeda while he was in Yemen.

13.     I informed Mr. Babafemi of his potential exposure if he went to trial, including the significant mandatory prison time he would face if convicted of all counts in the indictment. I did not tell him that he would be sentenced to life.

14.     I engaged in plea negotiations with the government in an effort to avoid the mandatory minimum sentence on the firearms counts in the indictment.

15.     I gave Mr. Babafemi a copy of the proposed plea agreement. I made sure he had ample time to read it, ask me questions, and discuss it with me in its entirety. We had these discussions at the MCC, in advance of the date of the guilty plea.

16.     In our discussions at the MCC about his guilty plea, I drafted a factual allocution for him to review. I told him that he would have to read that out loud in court and that it had to be accurate.

17.     I advised Mr. Babafemi that the decision whether to plead guilty or proceed to trial was entirely his. I do not recall Mr.

TRULINCS 82814053 - BABAFEMI, LAWAL OLANIYI - Unit: ALF-B-A

--------------------------------------------------------------------------------------------

Babafemi ever telling me that he wanted to proceed to trial.

18.    I prepared Mr. Babafemi for the presentence interview and was present for his presentence interview. I reviewed the presentence report with him and made objections to the report in an effort to correct errors and make sure that the final report was accurate. I exercised my best legal judgment in deciding which objections to raise. I did not make every correction noted by Mr. Babafemi.

Executed on: March 15, 2021
New York, New Yor

# EXHIBIT E

## § 2339B.  Providing material support or resources to designated foreign terrorist organizations

### (a) Prohibited activities.

(1) Unlawful conduct. Whoever knowingly provides material support or resources to a foreign terrorist organization, or attempts or conspires to do so, shall be fined under this title or imprisoned not more than 20 years, or both, and, if the death of any person results, shall be imprisoned for any term of years or for life. To violate this paragraph, a person must have knowledge that the organization is a designated terrorist organization (as defined in subsection (g)(6)), that the organization has engaged or engages in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act [8 USCS § 1182(a)(3)(B)]), or that the organization has engaged or engages in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 [22 USCS § 2656f(d)(2)]).

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

# EXHIBIT F

Case 1:13-cr-00109-BMC   Document 89-1   Filed 04/19/21   Page 47 of 49 PageID #: 1227
Case 1:13-cr-00109-MKB   Document 78-2   Filed 01/13/21   Page 19 of 25 PageID #: 880

19

Do you understand?

THE DEFENDANT:  Yes.

THE COURT:  If you go to trial on these two charges, the government would have to prove the following on count one. By the way, have you read the indictment?

THE DEFENDANT:  Yes, sir.

THE COURT:  Count one charges a conspiracy to provide material support to a foreign terrorist organization.

If you went to trial on this charge, the government would have to prove beyond a reasonable doubt two things; one, that this agreement, this conspiracy existed, this conspiracy to provide material support and resources to Al Qaeda in the Arabian Peninsula.

And second, it would have to prove beyond a reasonable doubt that you were part of the agreement, you were one of the people who agreed to provide material support to that organization.

Those are the two, we call them elements, ingredients of the crime charged.

Understood?

THE DEFENDANT:  Yes, sir.

THE COURT:  For count two, it's similar but it doesn't charge a conspiracy.  For count two, the government would have to prove beyond a reasonable doubt that between January of 2010 and August of 2011, you actually provided or

Case 1:13-cr-00109-MKB   Document 78-2   Filed 01/13/21   Page 20 of 25 PageID #: 881

20

attempted to provide material support and resources to Al Qaeda in the Iranian Peninsula, it wasn't by accident or mistake, that you did so knowingly.

Those are the things the government would need to prove beyond a reasonable doubt before it could ask a jury to find you guilty of that.

Do you understand this charge?

THE DEFENDANT: Yes, sir.

THE COURT: Do you have any questions about the rights you would be giving up by pleading guilty, Mr. Babafemi?

THE DEFENDANT: No.

THE COURT: Do you have any questions about the punishments you face if you plead guilty?

THE DEFENDANT: No.

THE COURT: Sure?

THE DEFENDANT: I'm sure.

THE COURT: Do you have any questions about your plea agreement?

THE DEFENDANT: No.

THE COURT: Do you understand the charges that you want to plead guilty to?

THE DEFENDANT: Yes, sir.

THE COURT: Are you ready to plead guilty?

THE DEFENDANT: Yes, sir.

Babafemi , Lawal O.
Fed. Reg # 82814 - 053
Allenwood Low Security
Correctional Inst.
PO Box 1000
White Deer, PA 17887



**CERTIFIED MAIL**

7018 2290 0001 6395 9187





U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
APR 13, 21
AMOUNT

**$0.00**

1000          11201

R2305K138972-06

USMS






Low Security Correct.
Allenwood, PA
Date 4-12-21

The enclosed letter was proc
special mailing procedures fo
you. The letter has neither be
inspected. If the writer rais
problem over which this
jurisdiction, you may wish
material for further informati
If the writer encloses corre
forwarding to another address




⇔82814-053⇔
U S District Court
Eastern District NY
225 Cadman PLZ E
Brooklyn, NY 11201
United States